No. 82–5997. MCMILLION v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 82–5998. PAUL v. MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY. Sup. Ct. La. Certiorari denied.

No. 82–5999. SCARBOROUGH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6002. COLVIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–6010. LOTT v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 82–6012. FIORINI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6013. EMANUEL v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 82–6014. HICKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–6015. NURSE v. DEPARTMENT OF THE AIR FORCE. C. A. D. C. Cir. Certiorari denied.

No. 82–6016. HEATON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6018. BURSEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6022. HARP v. UNITED STATES. C. A. 6th Cir. Certiorari denied.